**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7187**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAKMAN ABDUL QADIR AULIYAA, a/k/a Ricky Brogsdale,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Retired District Judge.  (1:94-cr-00134-TSE-1)

Submitted:  June 13, 2024                          Decided:  June 17, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rakman Abdul Qadir Auliyaa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Rakman Abdul Qadir Auliyaa appeals the district court's order denying her motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Auliyaa*, No. 1:94-cr-00134-TSE-1 (E.D. Va. Aug. 3, 2023). We deny Auliyaa's motion for relief against unlawful arrest and imprisonment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*